UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Streambend Properties II, LLC, and
Streambend Properties VIII, LLC,

      Plaintiffs,

v.                                                           Civil No. 10-4257 (JNE/AJB)
                                                               ORDER

Ivy Tower Minneapolis, LLC, et al.,

      Defendants.

On June 15, 2012, Ivy Tower Minneapolis, LLC, Ivy Tower Development, LLC, Moody Group, LLC, Goben Enterprises, LP, Jeffrey Laux, and Gary Benson moved to dismiss several claims of the First Amended Complaint. On June 29, 2012, Wischermann Holdings LLC moved to dismiss several claims of the First Amended Complaint. On July 27, 2012, Plaintiffs responded to the motions, and they filed a Motion to Amend Complaint.[1]

In light of Plaintiffs' motion to amend, the Court defers consideration of the motions to dismiss. *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002). The replies for the motions to dismiss need not be submitted on or before August 3, 2012. If appropriate, the Court will set a deadline to submit replies and reschedule the hearing of the motions to dismiss after the resolution of Plaintiffs' motion to amend. The hearing on August 16, 2012, at 2 p.m. is cancelled.

      IT IS SO ORDERED.

Dated: July 31, 2012

                                                              s/ Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge

---

[1]     Plaintiffs did not file a notice of hearing for their motion to amend. *See* D. Minn. LR 7.1(b)(1)(A)(ii).